IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MATTHEW FRANCISCO, on his
own behalf and on behalf of others
similarly situated,

    Plaintiff,

v.                                          1:12-CV-77-SPM/GRJ

AARON'S SALES & LEASE
OWNERSHIP, INC., a Foreign
Profit Corporation,

    Defendant.
_____/

## ORDER

This cause comes before the Court on Defendant's Unopposed Motion to Extend Its Time to Respond to Plaintiff's Complaint (doc. 3). Good cause having been found, it is **ORDERED AND ADJUDGED**:

1.     The motion (doc. 3) is **granted**.

2.     Defendant shall have until July 5, 2012, to respond to Plaintiff's Complaint & Demand for Jury Trial (doc. 1).

**DONE AND ORDERED** this 12th day of June, 2012.

                              *S/ Stephan P. Mickle*
                              Stephan P. Mickle
                              Senior United States District Judge