THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MATTHEW FRANCISCO and
ROBERT PERRY,

    Plaintiffs,

v.                                     CASE NO. 1:12-cv-77-SPM-GRJ

AARON'S SALES & LEASE
OWNERSHIP, INC., a Foreign Profit
Corporation

    Defendant.

_____/

## O R D E R

The matter is before the Court on Defendant's Unopposed Motion to Extend the Discovery Period and Other Deadlines (Doc. 23). Defendant requests an extension of the current February 1, 2013 discovery deadline to February 28, 2013, with the subsequent deadlines each extended approximately one month as well. Good cause having been found, it is hereby **ORDERED** that:

    1. Defendant's Unopposed Motion to Extend the Discovery Period and Other Deadlines (Doc. 23) is **GRANTED**.

    2. The Scheduling Order for Discovery, Mediation and Trial (Doc. 17) is amended as follows:

        Discovery shall be completed no later than **February 28, 2013**.

        The first mediation conference shall commence by **March 14, 2013.**

        Mediation shall be completed by **March 28, 2013.**

        Dispositive motions shall be filed no later than **April 1, 2013.**

        The Mediation report shall be filed by **April 12, 2013.**

Trial shall be set for **June 10, 2013 at 8:30 a.m.**

**DONE AND ORDERED** this 11th day of January 2013.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge