THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MATTHEW FRANCISCO and
ROBERT PERRY,

    Plaintiffs,

v.                                            CASE NO. 1:12-cv-77-SPM-GRJ

AARON'S SALES & LEASE
OWNERSHIP, INC., a Foreign Profit
Corporation

    Defendant.

_____/

## O R D E R

The matter is before the Court on the parties' Joint Motion to Stay Proceedings and Extend All Other Deadlines. (Doc. 30.) The parties request an extension of the discovery deadline, currently set for February 28, 2013, to permit them to engage in settlement discussions. The parties also request that the Court extend Defendant's deadline for responding to Plaintiff's pending Motion to Compel, Doc. 27. While the Court finds that the parties have shown good cause for extension of the discovery deadline and other associated deadlines, the Court finds that the parties' request for a stay is unnecessary.

    Accordingly, it is hereby **ORDERED** that:

    1. The parties' Joint Motion to Stay Proceedings and Extend All Other Deadlines (Doc. 30) is **GRANTED in part and DENIED in part**.

    2. The motion to stay proceedings is **DENIED**.

    3. Defendant's deadline for responding to Plaintiff's Motion to Compel, Doc. 27, is extended to March 26, 2013.

    3. The Scheduling Order for Discovery, Mediation and Trial (Doc. 17) is

amended as follows:

> Discovery shall be completed no later than **May 3, 2013**.
>
> The first mediation conference shall commence by **May 20, 2013.**
>
> Mediation shall be completed by **May 31, 2013.**
>
> Dispositive motions shall be filed no later than **June 3, 2013.**
>
> The Mediation report shall be filed by **June 7, 2013.**
>
> Trial shall be set for **August 12, 2013 at 8:30 a.m.**

**DONE AND ORDERED** this 22nd day of February 2013.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge